IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUZANNE H. MCKEE, et al<br>Plaintiff | * | |
| vs. | * | Civil No.: JFM-97-4236 |
| HOWARD JOHNSON, et al<br>Defendant | * | |

*******

## ORDER

The court file reflecting that no paper has been filed for more than nine months, it is, this 21st day of March, 20 00,

ORDERED that the parties show good cause within 14 days of the date of this Order why the case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

J. FREDERICK MOTZ, CHIEF
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 1/2000)