IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUZANNE H. MCKEE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. JFM 97-4236 |
| SIMON GOHAR, et al. | * | |
| Defendants | * | |

### PRAECIPE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Heather Lynn Todd, by her counsel, George W. Hermina, and Defendants, Simon Gohar, Mike Gohar, Annapolis Operators, Inc., and Annapolis Hotel Associates, Inc., by their attorney, Allan A. Noble, hereby stipulate and agree that the claims of Plaintiff, Heather Lynn Todd, be and are hereby dismissed <u>without</u> prejudice pursuant to the applicable Federal Rules of Civil Procedure.

| | |
|---|---|
| HERMINA LAW GROUP | BUDOW AND NOBLE, P.C. |
| George W. Hermina, #10728<br>8327 Cherry Lane<br>Laurel, Maryland 20707<br>Attorneys for Plaintiffs<br>(301) 206-3166 | Allan A. Noble, #08346<br>7201 Wisconsin Avenue, #600<br>Bethesda, Maryland 20814<br>Attorneys for Defendants, Simon Gohar,<br>Mike Gohar, Annapolis Operators, Inc.,<br>and Annapolis Hotel Associates, Inc. |

## **ORDER**

The above Praecipe of Dismissal without Prejudice is hereby approved this _____

day of _____, 2000, and this case is hereby dismissed without prejudice as to

the claims of Plaintiff, Heather Lynn Todd, only, each party to bear their own costs.

> _____
> Judge, United States District Court for
> the District of Maryland, Northern
> Division

Copies to:

George W. Hermina, Esq.
Hermina Law Group
8327 Cherry Lane
Laurel, Maryland 20707

Allan A. Noble, Esq.
Budow and Noble, P.C.
7201 Wisconsin Avenue
Suite 600
Bethesda, Maryland 20814

Howard Johnson International, Inc.
339 Jefferson Road
Parsippany, New Jersey 07054

Louis Steele
69 Old Mill Bottom Road
Annapolis, Maryland

J:\SMH\PLAINTIF\GOHAR\praecipe of dismissal without prejudice.wpd\smh