IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

SUZANNE H. MCKEE, et al.         *

    Plaintiffs              *

v.                               * Case No. JFM 97-4236

SIMON GOHAR, et al.              *

    Defendants             *

## PRAECIPE OF PARTIAL DISMISSAL WITH PREJUDICE

Come now the parties, by their respective counsel of record and stipulate and agree that all claims by Plaintiffs, Suzanne H. McKee, Kimberly J. Robeson, Bobbie M. Blake, and Arlyn Natividad-Banks against Defendants, Simon Gohar, Mike Gohar, Annapolis Operators, Inc., and Annapolis Hotel Associates, Inc., be and are hereby dismissed with prejudice pursuant to the applicable Federal Rules of Civil Procedure. The claims of Plaintiffs, Suzanne H. McKee, Kimberly J. Robeson, Bobbie M. Blake, and Arlyn Natividad-Banks against Co-defendant, Louis Steele remain.

HERMINA LAW GROUP

_____
George W. Hermina, #10728
8327 Cherry Lane
Laurel, Maryland 20707
Attorneys for Plaintiffs
(301) 206-3166

BUDOW AND NOBLE, P.C.

_____
Allan A. Noble, #08346
7201 Wisconsin Avenue, #600
Bethesda, Maryland 20814
Attorneys for Defendants, Simon Gohar,
Mike Gohar, Annapolis Operators, Inc.,
and Annapolis Hotel Associates, Inc.

## **ORDER**

The above Praecipe of Dismissal with Prejudice is hereby approved this _____ day of _____, 2000, and the claims of Plaintiffs, Suzanne H. McKee, Kimberly J. Robeson, Bobbie M. Blake, and Arlyn Natividad-Banks, against Defendants, Simon Gohar, Mike Gohar, Annapolis Operators, Inc., and Annapolis Hotel Associates, Inc., are dismissed with prejudice.

_____
Judge, United States District Court for
the District of Maryland, Northern
Division

Copies to:

George W. Hermina, Esq.
Hermina Law Group
8327 Cherry Lane
Laurel, Maryland 20707

Allan A. Noble, Esq.
Budow and Noble, P.C.
7201 Wisconsin Avenue
Suite 600
Bethesda, Maryland 20814

Howard Johnson International, Inc.
339 Jefferson Road
Parsippany, New Jersey 07054

Louis Steele
69 Old Mill Bottom Road
Annapolis, Maryland

J:\SMH\PLAINTIF\GOHAR\praecipe of dismissal with prejudice.wpd\smh